UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: }

**Christine Joan Weaver** }    Case No. 17-70525-JAD

Debtor(s) }    Chapter 13

}

## MOTION FOR EXPANSION OF TIME

Comes now Debtor, Christine J Weaver, states the following:

1. The Debtor is diligently searching for an attorney to represent her in the above referenced bankruptcy case and is requesting an expansion of time to complete the Clerk's Deficiency Notice dated 07/13/17 concerning the "Notice of Deadline for Filing Missing Document," Debtor's Chapter 13 Schedules, Plan, etc.

2. The Debtor requests from the Court an expansion of time of thirty days in order to cure the deficiency because of the Debtor's is currently searching for an attorney and the complexity of the documents.

**WHEREFORE**, for the above reasons, Debtor, Christine Joan Weaver, moves the Court to grant an expansion of time of thirty days to complete the Chapter 13 Schedules, Plan and other documents.

Respectfully submitted,

*Christine Joan Weaver*
Christine Joan Weaver
115 Terrace Dr
Johnstown, PA 15904
Email: cjforgues2011@gmail.com
(216) 323-6972

Page 1 of 2

## CERTIFICATE OF SERVICE

I certify that on the 26th day of July, 2017 that a copy of the foregoing Motion for Expansion of Time was sent by USPS Express Mail to:

Ronda J. Winnecour, Chapter 13 Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

*Christine Joan Weaver*
Christine Joan Weaver

RECEIVED
2017 JUL 27 AM 11:15
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH